## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

———————————————————————

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of August, two thousand twenty-four,

———————————————————————

The Trustees of the New York State Nurses Association Pension Plan,

        Plaintiff - Appellee,

  v.

White Oak Global Advisors, LLC,

        Defendant - Appellant.

———————————————————————

**ORDER**

Docket No. 24-1280

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/22/2024